[No. 13358-3-III.     Division Three.     March 30, 1995.]

Terry v. Parks, et al, *Respondents*, v. Randall Dinwiddie, et al, *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 89-2-00545-4, John G. Burchard, Jr., J., entered

June 1, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.